UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80095-Singhal/McCabe

18 U.S.C. § 2252A(a)(2) & (b)(1)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

JERRY K. SEAL,

Defendant.
_____/

FILED BY SP D.C.
MAY 25 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about February 26, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JERRY K. SEAL,**

knowingly received child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as defined in Title 18, United States Code, Section 2256(8), all in violation of Title 18, United States Code, Section 2252A(a)(2).

Pursuant to Title 18, United States Code, Section 2252A(b)(1), it is further alleged that **JERRY K. SEAL** had previously been convicted in the State of Florida for sexual performance by a child, in violation of Florida State Statutes 827.071(5)(a) and 775.0847(2), and computer pornography, in violation of Florida State Statute 847.0135(2).

## FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JERRY K. SEAL,** has an interest.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense in violation of Title 18, United States Code, Section 2252A, as alleged in this Indictment, defendant **JERRY K. SEAL,** shall forfeit to the United States:

    (a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offense(s); and

    (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property;

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

A True Bill

_____
FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature]*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:  23-cr-80095-Singhal/McCabe

v.

JERRY K. SEAL

**CERTIFICATE OF TRIAL ATTORNEY***

_____/

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami    ☐ Key West    ☐ FTP
- ☐ FTL      ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                        Case No.

7. Has a complaint been filed in this matter? (Yes or No) NO
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                        Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the                District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
FLA Bar No.    0648477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JERRY K. SEAL

**Case No:** 23-cr-80095-Singhal/McCabe

Count #1:

Receipt of Child Pornography

18 U.S.C. § 2252A(a)(2) and (b)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.